UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
C.A. NO. 03-CV-240-KKC

Eastern District of Kentucky
**FILED**
OCT 20 2004
AT PIKEVILLE
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

SAFECO INSURANCE CO OF AMERICA          PLAINTIFF

VS:          MOTION TO WITHDRAW AS COUNSEL

GARY AND NOLITTA RITZ- ET AL          DEFENDANTS

\*\*\*\*      \*\*\*\*      \*\*\*\*

Comes the law firm of Preston and Daniels and hereby request the Court to permit it to withdraw as counsel for defendants, Gary and Nolitta Ritz individully and as next friend of Joshua Ritz herein and as grounds for same states that this is necessary due to the untimely death of attorney Scott Preston. Counsel also requests that the Pretrial Conference scheduled for November 1, 2004 be continued until said defendants have sufficient time to obtain new counsel herein.

WHEREFORE said counsel respectfully requests the appropriate orders of the Court.

_[signature: Lance A. Daniels]_

LANCE A. DANIELS
P. O. BOX 1361
PAINTSVILLE, KY 41240
(606) 789-7211

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on this the 18th day of October, 2004 to the following:

Hon. Bradly E. Moore
BOEHL STOPHER & GRAVES, LLP
444 West Second Street
Lexington, KY 40507

Hon. Jim Vanover
152 Third Street
Pikeville, KY 41501

Gary and Nolitta Ritz
1100 East Mt. Parkway
Salyersville, KY 41465

_[signature: Lance A. Daniels]_
ATTORNEY AT LAW